# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

U.S. COURTS
OCT 07 2016
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Kai T Eiselein, Pro Se
*Plaintiff*

v

University of Idaho
*Defendant*

**COMPLAINT**

**Plaintiff demands trial by jury**

Civil no: 3:16-CV-448-REB

---

1. At all times hereinafter mentioned, plaintiff was and still is a resident of Moscow, Latah County, Idaho.

2. Defendant, University of Idaho is located in Moscow, Idaho.

3. The jurisdiction of this court is invoked pursuant to 28 USC > Part IV > Chapter 85 > § 1338 (a)

4. The venue is correct in that all parties reside, operate and/or work in the State of Idaho.

Page 1

5. In that the University of Idaho is an educational institution, the question of whether the use of the plaintiff's intellectual property falls under the "fair use" doctrine must be answered. The plaintiff has weighed that question using both USC 17>Chapter 1§ 107 and Columbia University's fair use "balancing test". In both cases, the plaintiff concluded, and will prove, that the university's use of the plaintiff's creative work was an infringement and not fair use.

6. The photograph was registered with the United States Copyright Office on June 25, 2011 as part of a collection of photographs taken by the plaintiff. The copyright registration number is VAu001069945.

7. The plaintiff asserts that the defendant knowingly and willfully infringed on the plaintiff's copyright through its employee Jeannie Matheison, the sustainability program manager, placing a copy of the photograph online at: https://www.facebook.com/uisustainability/photos_stream without the plaintiff's knowledge or consent.

8. The plaintiff sent Jeannie Matheison a takedown notice in accordance with the Digital Millennium Copyright Act of 1998 on October 13, 2013 after finding the infringement.

9. Since Matheison is an employee of University of Idaho, The "Safe Harbor" provision of Title II of the Digital Millenium Copyright Act of 1998 (DMCA) does not apply in this case.

10. **WHEREFORE**, the plaintiff demands:

Statutory damages in the amount of $150,000.00, or as the court deems appropriate under 17 USC > Chapter 5 > § 504.

Permanent injunction against the defendant from using the plaintiff's photograph.

Court costs and fees.

Any further relief the court deems appropriate, including attorney's fees should the plaintiff decide to hire counsel.

Kai T Eiselein

1751 N Polk #32

Moscow, ID 83843

(208) 413-0153

keiselein@gmail.com